# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

August 30, 2021

**VIA ECF**

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Davon Mial, 21 Cr. 499(PAE)</u>

Dear Judge Engelmayer:

      I represent Davon Mial in the above-captioned matter. I write to respectfully request a modification of Mr. Mial's pretrial release conditions. Specifically, I write to request that the Court require Mr. Mial to comply with drug treatment as directed by Pretrial Services. The Government and Pretrial consent to this request.

      Mr. Mial was presented before the Court on August 10, 2021. The Government consented to Mr. Mial's release to home incarceration with the conditions, *inter alia*, that he submit to a urinalysis and, if positive, that he submit to drug testing and treatment. Mr. Mial was released that day and not subject to urinalysis because of COVID-19 safety concerns. Following his release, Mr. Mial requested that he be enrolled in a drug treatment program. I am informed by Pretrial Services that he can only be referred to a drug treatment program if it is a condition of his release, and, since he did not submit a urinalysis sample that revealed drugs, it is not presently a requirement. As such, to allow Mr. Mial to be referred to a drug treatment program, Mr. Mial respectfully requests that drug treatment be made a condition of his release conditions.

      I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 51.

8/30/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge