# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

September 27, 2021

**VIA ECF**

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *United States v. Davon Mial*, 21 Cr. 499(PAE)

Dear Judge Engelmayer:

    I represent Davon Mial in the above-captioned matter. I write to respectfully request a modification of Mr. Mial's pretrial release conditions. Specifically, I write to request his conditions be modified from home incarceration to home detention with location monitoring. The Government and Pretrial consent to this request.

    Mr. Mial requests this modification to attend work as a chef. His present status of home incarceration does not permit for leaving the home to work. Home detention would permit Mr. Mial to leave the home for approved, stationary work assignments.

    I thank the Court in advance for its consideration of this request.

                                      Sincerely,

                                      Daniel A. McGuinness

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

                    9/27/2021

      SO ORDERED.

                _____
                    PAUL A. ENGELMAYER
                   United States District Judge