# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

November 22, 2021

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Davon Mial</u>, 21 Cr. 499(PAE)

Dear Judge Engelmayer:

    I represent Davon Mial in the above-captioned matter. I write to respectfully request a modification of Mr. Mial's pretrial release conditions. Specifically, I write to request his conditions be modified from home detention with location monitoring to a curfew with hours to be set at the discretion of Pretrial Services. The Government and Pretrial consent to this request.

    Mr. Mial requests this modification to allow him to spend greater time with his family, including his young children who live with their mothers as well as to accept additional job opportunities. Mr. Mial is accepting freelance restaurant work via online applications but they often require response within 24-48 hours. Pretrial maintains a policy that requests for home detention supervisees must request permission to leave their homes 48 business hours in advance, so Mr. Mial is not able to accept these jobs.

    Mr. Mial has been fully compliant with all aspects of his pretrial supervision. He is regularly attending drug treatment, which he voluntarily requested at the commencement of this case. Additionally, he is attending online college courses to further his education.

    I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 80.

11/23/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge