# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

April 19, 2022

**VIA ECF**

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>*United States v. Davon Mial*, 21 Cr. 499(PAE)</u>

Dear Judge Engelmayer:

      I represent Davon Mial in the above-captioned matter. I write to respectfully request a modification of Mr. Mial's pretrial release conditions. Specifically, I write to request his conditions be modified remove the curfew requirement and location monitoring device. Pretrial and the Government do not object to the request.

      Mr. Mial requests this modification to allow him to travel for his child's health issues and accept additional work. Mr. Mial's three-year-old son lives in a separate residence with his mother and suffers from febrile seizures which sometimes require his to travel outside of his home after curfew. Additionally, Mr. Mial continues to work freelance cooking jobs, many of which require working late hours and are offered with short notice.

      Mr. Mial has been fully compliant with all aspects of his pretrial supervision and stays very busy with productive activities. He recently graduated from a six-month drug treatment program, which he voluntarily requested at the commencement of this case. Additionally, he continues to attend online college courses where he earned 12 credits since September. Along with freelance cooking jobs, Mr. Mial is working full-time at Regal Care Network, an agency that conducts mobile COVID testing, where he has been given supervisory responsibilities.

      I thank the Court in advance for its consideration of this request.

Approved.  SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge
April 19, 2022

Sincerely,

*[signature]*
Daniel A. McGuinness