UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAVON MIAL,

Defendant.

21-CR-499-05 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Trial in this case is presently scheduled to begin on September 13, 2022. As the Court's staff has informally notified counsel, that trial date conflicts with the date of a lengthy criminal trial that the Court, to accommodate defense counsel's illness, was obliged to adjourn from July until September. It is therefore likely that the Court will adjourn the trial in this case. If adjourned, trial in this case will begin on October 17, 2022, a date as to which all counsel have confirmed their availability. The Court will take up scheduling and other matters at the pretrial conference in this case scheduled for September 6, 2022. That conference, which had been scheduled for 10:30 a.m., will be held at 10:00 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2022
       New York, New York