UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                       :          21-CR-499-05 (PAE)
                                                                        :
DAVON MIAL,                                                             :             ORDER
                                                                        :
                      Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       In a separate order issued today, the Court set a hearing for **October 3, 2022** at **10:30 a.m.** to allow members of the public to comment on and/or object to the Government's motion for a partial courtroom closure. The Court directs that counsel for the parties, and also defendant Mial, attend this conference, as the Court expects to have questions for counsel as to this motion. The Court further advises counsel that immediately following the hearing, the Court will convene a final pretrial conference in this case.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                             Paul A. Engelmayer
                                             United States District Judge

Dated: September 28, 2022
         New York, New York