UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,                                        :
                                                                 :
                        -v-                                      :   21-CR-499-05 (PAE)
                                                                 :
DAVON MIAL,                                                      :        ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
--------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the following:

- Exhibit 1: The notes sent by the jury during its deliberations; and

- Exhibit 2: The jury's completed verdict form.

    SO ORDERED.

Dated: October 24, 2022
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

**EXHIBIT 1**

Foreperson - Juror #9

Jury Note 1

✱ EX 3001 - 3007

---

✱ TRANSCRIPTS TO
BUY VIDEOS
420 A
~~422 A~~ 432 A
441 A
451 A
464 A

---

520 B
~~220 P~~

JURY NOTE 2

Lab reports
520 A
520 B
532
533
541
551
564

Jury Note 3

Conspiracy #12    3/11/20
     Trans #20    7/14/20
           #27    8/13/20
           #34    9/8/20
           #37    9/15/20
           #38    9/18/20

- Shortened clips only
- Transcripts of interactions

Jury Note 4

— Some jurors need clarification of the paragraphs last on page #29 of instructions and first on page 30, as it relates to the indictment
—

Jury Note 5

- If we are close is it possible to stay until 6:00pm?

Jury Note 6

- We will need to come back on Monday

- Can we have GX3005 in larger form

Jury Note 7

<u>View</u>
700 series of evidence  - Arrest seizure
701
701 P

900 series         - Car Seizure

<u>Video</u>
434 A (Excerpt) ⎫
437 A (Excerpt) ⎬ Follow w/ Transcripts
438 A (Excerpt) ⎭

JURY NOTE 8

We have reached a verdict, the verdict form is filled out and we are ready to proceed.

Jury Note 9

**EXHIBIT 2**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
              -v-                                       :         21 Cr. 499 (PAE)
                                                        :
DAVON MIAL,                                             :
                                                        :
                            Defendant.                  :
                                                        :
------------------------------------------------------------------------X
```

## VERDICT FORM

1

**COUNT ONE:**     Conspiracy to Distribute, or Possess with Intent to Distribute, Crack Cocaine

1. As to Count One, how do you find the defendant, DAVON MIAL—guilty or not guilty?

    GUILTY __✓__   NOT GUILTY _____

[If you answered "guilty" to Question 1, proceed to Question 2; otherwise, proceed to Question 5.]

2. Did the defendant either have personal involvement with, or was it reasonably foreseeable to him that the conspiracy charged in Count One involved, 280 grams or more of crack cocaine?

    YES _____   NO __✓__

[If you answered "yes" to Question 2, proceed to Question 5. Otherwise, proceed to Question 3.]

3. Did the defendant either have personal involvement with, or was it reasonably foreseeable to him that the conspiracy charged in Count One involved, 28 or more grams but less than 280 grams of crack cocaine?

    YES __✓__   NO _____

[If you answered "yes" to Question 3, proceed to Question 5. Otherwise, proceed to Question 4.]

4. Did the defendant either have personal involvement with, or was it reasonably foreseeable to him that the conspiracy charged in Count One involved, less than 28 grams of crack cocaine?

    YES _____   NO __✓__

[Proceed to Question 5.]

**COUNT TWO:**     Distribution, or Possession with Intent to Distribute, Crack Cocaine on or About July 14, 2020

5. As to Count Two, how do you find the defendant, DAVON MIAL—guilty or not guilty?

   GUILTY __✓__   NOT GUILTY _____

[Proceed to Question 6.]

**COUNT THREE**: Distribution, or Possession with Intent to Distribute, Crack Cocaine on or About September 4, 2020

6. As to Count Three, how do you find the defendant, DAVON MIAL—guilty or not guilty?

   GUILTY __✓__   NOT GUILTY _____

[Proceed to Question 7.]

**COUNT FOUR**: Distribution, or Possession with Intent to Distribute, Crack Cocaine on or About October 6, 2020

7. As to Count Four, how do you find the defendant, DAVON MIAL—guilty or not guilty?

   GUILTY __✓__   NOT GUILTY _____

[Proceed to Question 8.]

**COUNT FIVE**: Distribution, or Possession with Intent to Distribute, Crack Cocaine on or About December 30, 2020

8. As to Count Five, how do you find the defendant, DAVON MIAL—guilty or not guilty?

   GUILTY _____   NOT GUILTY __✓__

[Proceed to Question 9.]

**COUNT SIX**: Distribution, or Possession with Intent to Distribute, Crack Cocaine on or About June 2, 2021

9. As to Count Six, how do you find the defendant, DAVON MIAL—guilty or not guilty?

   GUILTY __✓__   NOT GUILTY _____

[*Please sign your names in the space provided below, fill in the date, and inform the officer that you have reached a verdict.*]

After completing the form, each juror must sign below, reflecting his or her agreement with the forgoing verdict.

_____    _____
Foreperson

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

Dated:  New York, New York
        October   , 2022