UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
       -v- : 21-CR-499-05 (PAE)
 :
DAVON MIAL, : ORDER
 :
              Defendant. :
 :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the following Court Exhibits:

- Exhibit 1: The draft jury charge dated October 20, 2022.

- Exhibit 2: The draft verdict form used during the charge conference.

- Exhibit 3: The Government's PowerPoint presentation used during its closing argument.

- Exhibit 4: The jury charge dated October 21, 2022.

- Exhibit 5: The verdict form.

- Exhibit 6: The witness list.

- Exhibit 7: The exhibit list.

- Exhibit 8: The trial indictment.

- Exhibit 9: The completed verdict form.

    SO ORDERED.

Dated: October 25, 2022
       New York, New York

                                       PAUL A. ENGELMAYER
                                       United States District Judge