# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 Lexington Ave, Suite 900, New York, NY 10016
Tel: (212) 679-1990 · Fax (888) 679-0585 · Email: Dan@LegalMCG.com

December 13, 2022

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>United States v. Davon Mial</u>, 21 Cr. 499(PAE)

Dear Judge Engelmayer:

  I represent Davon Mial in the above-captioned matter. I write to respectfully request an adjournment of Mr. Mial's sentencing currently scheduled for February 7, 2023. Following the conclusion of trial, Mr. Mial contracted COVID, which delayed his presentence interview and safety valve proffer. Mr. Mial's presentence interview is currently scheduled for December 15, 2022. Probation advises that the current schedule requires a first disclosure on December 16, 2022 – the day following Mr. Mial's interview – in order to produce a final report two-weeks prior to the due date of the parties' submissions. I am respectfully requesting a 30-day adjournment of sentencing to allow probation and the parties additional time to prepare materials necessary for sentencing. The Government consents to this request.

  I thank the Court in advance for its consideration of this request.

Sincerely,

Daniel A. McGuinness

**GRANTED.** Sentencing is adjourned to March 8, 2023 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 293.

  SO ORDERED.  12/13/2022

  _____
  PAUL A. ENGELMAYER
  United States District Judge