```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   21-CR-00499-05(PAE)
      -against-                      :   ORDER
                                     :
Davon Mial                           :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Paul A. Engelmayer, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of mental health assessment and treatment under the guidance of Pretrial Services.

Dated: New York, New York

March  24 , 2023

SO ORDERED:

_____
Paul A. Engelmayer
United States District Judge