# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

September 6, 2023

<u>VIA ECF</u>

Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   <u>United States v. Davon Mial</u>, 21 Cr. 499(PAE)

Dear Judge Engelmayer:

    I represent Davon Mial in the above-captioned matter. I write to respectfully request an extension of the surrender date for Mr. Mial by 45-days. Mr. Mial is currently scheduled to surrender September 8, 2023. Mr. Mial has not yet been designated to a BOP facility and is currently undergoing rehabilitation after shoulder surgery. This is the second request for an extension of surrender. The Government takes no position on this request.

    Mr. Mial is currently undergoing physical rehabilitation on his shoulder. Attached to this letter is documentation from the rehabilitation center verifying his status. For this reason, as well as his not yet being designated to a facility, I respectfully request a 45-day extension to his surrender date.

    I thank the Court in advance for its consideration of this request.

                                Sincerely,

                                Daniel A. McGuinness

**GRANTED.** The Court extends the surrender date to October 20, 2023, in recognition of the fact that a BOP facility has not yet been designated for defendant Mial. The Clerk of Court is requested to terminate the motion at Dkt. No. 334.

9/7/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge