UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　:
UNITED STATES OF AMERICA,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-v-　　　　　　　　　　　　　　　　　　:　　　21-CR-499-05 (PAE)
　　　　　　　　　　　　　　　　　　　　　　　　　　:
DAVON MIAL,　　　　　　　　　　　　　　　　　　　　:　　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

　　For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- An evidentiary hearing in this case is scheduled for **July 17, 2025 at 2:15 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- By **July 7, 2025**, the Government shall file a letter stating whether the July 17, 2025, conference will consist of an evidentiary hearing, or a change of plea conference, or whether the charges will be dismissed.

- If there is to be a hearing, the Government, by **July 14, 2025**, shall file a letter previewing the evidence it expects to present at the hearing, and shall furnish the Court with binders of its 3500 material and exhibits.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 13, 2025
　　　　New York, New York