UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVON MIAL,
                Defendant.

21-CR-499-05 (PAE)

ORDER

    Based on the allegations set forth in the May 2, 2025 petition submitted by the United States Probation Office (the "Petition") which charges four violations of supervised release based on an alleged domestic violence incident, and for reasons discussed on the record at the May 13, 2025 conference in this matter:

    IT IS HEREBY ORDERED that as an additional condition of his supervised release, DAVON MIAL, the defendant, shall have no contact with the individual identified in the Petition as "the CV," except to the extent such contact is expressly permitted by order of a New York Family Court.

Dated: New York, New York
       May 15, 2025

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK