UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAVON MIAL,

Defendant.

21-CR-499-05 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the violation specifications in the Probation Department's report dated May 2, 2025 are hereby **dismissed**. The Court also **vacates** the order at Dkt. No. 357, dated May 15, 2025.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2025
       New York, New York